ORIGINAL

RECEIVED & FILED
JUN 1 7 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

FAR WEST PUMP, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Karl MacOmber, Esq. AZ State Bar No.006018

Firm Name: MONROE & McDONOUGH, P.C.

Post Office Box: 04-1026C

Street Address: 6280 E. Pima, Suite 105

City-State-Zip: Tucson, Arizona 85712

Telephone & Facsimile Numbers: (520)325-2000; Fax (520)886-3527

E-mail address: kmacomber@mmazlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O I

**See attached Sheet for three digit code.**

Amount Claimed: $ 10,325.65

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003