IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1026C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**<u>ENLARGEMENT OF TIME OUT OF TIME</u>**

Pursuant to Rule 6(b)(2) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, out of time, to and including September 30, 2004, within which to file a response to plaintiff's complaint. Our response to the complaint was due on August 16, 2004. The undersigned counsel contacted counsel for plaintiff regarding this motion, and plaintiff's counsel has represented that he does not oppose our first request for an enlargement of time for this purpose.

The enlargement is requested out of time because the undersigned counsel for defendant inadvertently failed to calendar the date on which our response is due. Although it is the undersigned counsel's normal practice to calendar the date on which the defendant's response is due in Microsoft Outlook when she receives the complaint, the undersigned counsel forgot to place that date on her calendar for this case. On August 30, 2004, the undersigned counsel received a facsimile from counsel for plaintiff requesting that the parties discuss settlement at the earliest convenience. Upon receiving the facsimile, the undersigned counsel checked the docket report on Pacer and realized that our response was due on August 16, 2004. The undersigned counsel sincerely apologizes to the Court for any inconvenience and represents that the Deputy

Assistant Attorney General at the Department of Justice has been notified that this motion for enlargement is being filed out of time in accordance with the Special Procedures Order.

The enlargement is further requested because counsel for the interested agency, Department of Interior, Bureau of Land Management, needs additional time to prepare a litigation report, which is necessary to file a response to the complaint. See 28 U.S.C. § 520(b). On July 7, 2004, we sent a letter to the Department of the Interior enclosing a copy of the complaint and requesting a litigation report as soon as possible. The letter further requested the Department of Interior to notify us a week prior to the date our response is due if the agency would not be able to provide the litigation report by then. As of August 30, 2004, the undersigned counsel has not received a litigation report. On August 30, 2004, the undersigned counsel called the Department of Interior to request the status of the litigation report. The undersigned counsel left a message with the Assistant Solicitor for the Division of Land and Water Resources, Bureau of Land Management, to contact the undersigned counsel immediately.

For these reasons, defendant respectfully requests the Court to grant an enlargement of time of 45 days, through and including September 30, 2004, within which to file its response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel:(202) 514-7300
Fax: (202) 307-0972

August 30, 2004

Attorneys for Defendant