# In The United States Court of Federal Claims

No. 04-1026C

(Filed: September 1, 2004)

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 31, 2004, defendant file an unopposed motion for enlargement of time out of time. The motion is hereby **GRANTED**. On or before **October 15, 2004**, defendant shall file its response to the complaint. No further enlargement of this deadline will be granted.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge