IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1026C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, admits, denies, and alleges as follows:

1. Admits only that plaintiff at material times was a licensed Arizona contractor and that defendants are agents of the United States Government. The remaining allegations contained in paragraph 1 constitute conclusions of law and plaintiff's characterization of the case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Admits the allegations contained in paragraph 2 to the extent supported by the contract cited, which is the best evidence of its contents.

3. Admits.

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents.

5. Admits the allegations contained in paragraph 5 to the extent supported by the contract cited, which is the best evidence of its contents.

6. Admits the allegations contained in paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents.

7. Admits.

8. Denies the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

9. Admits.

10. Admits only that plaintiff remained on site for three days following the determination to abandon the well; denies the remainder of the allegations contained in paragraph 10 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

11. Admits only that Dan Stone, the contracting officer representative, directed plaintiff to store the excess materials at the Bureau of Land Management's facility in St. George, Utah; denies the remaining allegations in paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

12. Admits.

13. The allegations contained in paragraph 13 constitutes a conclusion of law to which no answer is required; to the extent that it may be deemed an allegation of fact, it is denied.

14. The allegations contained in paragraph 14 constitute a conclusion of law to which no answer is required.

15. Admits.

16. Admits.

17. Denies.

18. Denies.

19. Admits only that plaintiff has made a demand for payment in the amount of

$10,325.65; denies the remainder of the allegations contained in paragraph 19.

20. The allegations contained in paragraph 20 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

21. Denies that plaintiff is entitled to relief set forth in the prayer for relief immediately following paragraph 20, or to any relief whatsoever.

22. Denies each and every allegation not previously admitted or otherwise qualified.

AFFIRMATIVE DEFENSES

1. Assumption of risk

2. Failure of consideration

3. Lack of authority to contract

4. Lack of mutual assent

5. Failure to mitigate

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

October 15, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of October, 2004, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Nancy M. Kim