IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1026C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including January 5, 2005, within which to file a joint preliminary status report. The joint preliminary status report is due on December 6, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that he does not oppose this motion.

The enlargement is requested because the undersigned counsel for defendant is scheduled to be on trial from December 6 to December 10, 2004 in Dafna Construction Co. v. United States, Fed. Cl. No. 03-1317C. In the month of November, the undersigned counsel was busy preparing for trial. She was required to submit defendant's memorandum of contentions of fact and law on November 2, 2004, and submit defendant's trial exhibits on November 19, 2004. In addition, she was also busy in November filing the Government's brief in Saleem R. Hasan v. Office of Personnel Management, Fed. Cir. No. 04-3352; filing defendant's motion to dismiss or, in the alternative, motion for judgment upon the administrative record in Harry P. Teichman v. United States, Fed. Cl. No. 04-1152C; filing a joint stipulation of facts and defendant's revised motion for judgment upon the administrative record in Daniel P. Wisotsky v. United States, Fed. Cl. No. 04-300C. She was also out of the office from November 25 to 26, 2004 for the

Thanksgiving holiday.

For these reasons, defendant respectfully requests the Court to grant an enlargement of time of 30 days, through and including January 5, 2005, within which to file the joint preliminary status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel:(202) 514-7300
Fax: (202) 307-0972

November 29, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Nancy M. Kim