IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1026C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court of any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

The parties believe that the case may be resolved through alternative dispute resolution ("ADR"). If the case is not resolved through ADR, the parties may seek to file a motion pursuant to Rule 12(b), 12(c), or 56.

h. Relevant Issues

i. Plaintiff's Statement of Issues

1. Has the plaintiff been paid in full?

2. Did the plaintiff fail to clean up the work site?

3. Was the instruction to the plaintiff to leave materials on site authorized by the BLM contract supervisor?

ii. Defendant's Statement of Issues

1. Whether the Government possessed the right to deduct the cost of the well screen, steel casing and gravel packing materials when these materials were not used because the well was abandoned.

2. Whether the contracting officer's representative possessed authority to bind the Government to purchase the well screen, steel casing and gravel packing materials.

i. Settlement

The parties believe that mediation with a settlement judge may enable the parties to reach settlement of this matter. The parties, therefore, request that this case be assigned to a settlement judge for ADR.

j. Trial

The parties believe that a trial may not be necessary if ADR is successful. The parties do not seek expedited trial scheduling.

k. Electronic Case Management

The parties have no special issue regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties do not seek discovery prior to ADR. If the parties are unable to resolve the case through ADR, the parties reserve the right to issue discovery in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Karl MacOmber

KARL MacOMBER
Monroe & McDonough, P.C.
6280 E. Pima, Suite 105
Tucson, AZ 85712
Tel: (520) 325-2000
Fax: (520) 886-2527

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel:(202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

December 22, 2004

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of December, 2004, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Nancy M. Kim