# In The United States Court of Federal Claims

No. 04-1026C

(Filed: January 5, 2005)

---

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A preliminary status conference will be held in this case on Tuesday, January 18, 2005, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge