# In The United States Court of Federal Claims

No. 04-1026C

(Filed: January 18, 2005)

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A preliminary status conference was held in this case on January 18, 2005. Participating in the conference were Karl MacOmber, on behalf of plaintiff, and Tara Hogan, on behalf of defendant. Pursuant to discussions held at the conference regarding the scheduling of further proceedings in this case,

**IT IS ORDERED**:

1. Proceedings in this case are stayed until further notice.

2. At the parties' request, the Clerk shall assign the instant cases to a settlement judge to discuss with the parties the potential for settlement.

3. The parties shall file a joint status report regarding the progress of ADR on or before July 18, 2005. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

s/Francis M. Allegra
Francis M. Allegra
Judge