# In the United States Court of Federal Claims

No. 04-1026C
Filed: February 3, 2005

*************************************
FAR WEST PUMP, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Pursuant to RCFC 40.1, this case has been transferred to Judge Robert H. Hodges, Jr. for the conduct of proceedings in accordance with the Alternative Dispute Resolution procedure adopted by this court.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge