# In The United States Court of Federal Claims

No. 04-1026C

(Filed: August 8, 2005)

---

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 8, 2005, the court received, in paper form, the parties' joint status report. This case was designated as an electronic case. The Clerk is directed to return the attached joint status report to counsel, and the parties are directed to file their joint status report and all further pleadings electronically.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge