IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FAR WEST PUMP, INC., )
)
Plaintiff, )
)
v. ) No. 04-1026
) (Judge Allegra)
THE UNITED STATES, )
)
Defendant. )

JOINT STATUS REPORT

Pursuant to this Court's order on January 18, 2005, the parties respectfully submit the following status report informing the Court of any progress the parties have made towards settlement.

The parties, through counsel, have been pursuing alternative dispute resolution. Although they have not reached agreement, at this point, the parties believe that continuing settlement negotiations will be helpful.

The parties therefore respectfully suggest they file another status report in ninety (90) days to inform the Court of their progress towards settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

S/Karl MacOmber
KARL MACOMBER
Monroe & McDonough, P.C.
6280 E. Pima, Suite 105
Tucson, AZ 85712
Tel: (520) 325-2000
Fax: (520) 886-2527

Attorney for Plaintiff

S/ Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-7964

Attorneys for Defendant

August 9, 2005

CERTIFICATE OF FILING

I hereby certify that on this 9th day of August, 2005 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan