# In The United States Court of Federal Claims

No. 04-1026C

(Filed: September 2, 2005)

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 9, 2005, the parties filed a joint status report informing the court that the continuation of settlement negotiations would be helpful. On or before November 1, 2005, the parties shall file a joint status report indicating the progress of ADR, with additional joint status reports to be filed every three months thereafter. The court will continue to allow additional time for settlement as long as progress is being made, however the parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS ORDERED**:

s/ Francis M. Allegra
Francis M. Allegra
Judge