IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1026 |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order on September 2, 2005, the parties respectfully submit the following status report informing the Court of any progress the parties have made towards settlement.

The parties have reached a tentative settlement agreement. The Government must still obtain authorization from the Attorney General's authorized representative to settle this case. Although the parties believe they will have resolved this case before then, the parties will file another status report within ninety days if settlement is not reached by that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Karl MacOmber
KARL MACOMBER
Monroe & McDonough, P.C.
6280 E. Pima, Suite 105
Tucson, AZ 85712
Tel: (520) 325-2000
Fax: (520) 886-2527

Attorney for Plaintiff

S/ Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-7964

Attorneys for Defendant

February 3, 2006

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of February, 2006 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan