IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAR WEST PUMP, INC., Plaintiff, | ) |
| v. | ) No. 04-1026 (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order on September 2, 2005, the defendant respectfully submit the following status report informing the Court of any progress the parties have made towards settlement.

The parties have agreed on the terms of settlement. The Government has received authorization from the Attorney General's authorized representative to settle this case. The parties must still execute the terms of the settlement agreement, namely payment of the settlement amount from the judgment fund. After payment, the parties will enter a joint stipulation for dismissal pursuant to Rule 41(a)(1)(ii) of the Rules of this Court. The parties propose filing another status report within sixty days if the parties have not entered a stipulated dismissal by that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-7964

Attorneys for Defendant

May 2, 2006

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of May, 2006 a copy of the foregoing "DEFENDANT’S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan