# In The United States Court of Federal Claims

No. 04-1026C

(Filed: May 11, 2006)

FAR WEST PUMP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before July 3, 2006, the parties shall file a joint status report explaining the status of their settlement, unless a stipulation of dismissal is filed before then. Subsequent joint status reports shall be filed every 28 days thereafter, unless a stipulation of dismissal has been filed with the court. This order shall supercede all existing status report orders.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge