IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FAR WEST PUMP, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1026 (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order on May 11, 2006, the defendant respectfully submits the following status report informing the Court of any progress the parties have made towards settlement.

The parties have signed a settlement agreement. On June 1, 2006, the settlement agreement was submitted to the Financial Management Service, Department of the Treasury to process the payment through the Judgment Fund. At the time the settlement agreement was submitted, the Financial Management Service anticipated payment would occur four to six weeks afterwards.

Due to flooding and power outages in the Washington, D.C. area, the Judgment Fund office has been closed for the past week. Staff in the defendant's counsel's office have been unable to contact the Judgment Fund office to determine a more specific anticipated date of payment. As required by this Court's order, counsel will file a status report in 28 days if by that date, a stipulation of dismissal has not been filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/ Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-7964

Attorneys for Defendant

July 5, 2006

CERTIFICATE OF FILING

I hereby certify that on this 5th day of July, 2006 a copy of the foregoing "DEFENDANT’S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan