IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAR WEST PUMP, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 04-1026C (Judge Allegra) |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director and
Authorized Representative of
the Attorney General

S/Karl A. MacOmber
KARL A. MACOMBER
Monroe & McDonough, P.C
6280 E. Pima, Suite 105
Tucson, AZ 85712
Tele: (520) 325-2000
Fax: (520) 886-2527

Attorney for Plaintiff

Dated: July 7, 2006

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 307-1011

Attorneys for Defendant

Dated: July 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan